UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEN CLARK,<br><br>　　　　　Respondent. | No.  2:20-cv-2044-KJM-EFB P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner without counsel pursuing a petition for writ of habeas corpus under 28 U.S.C. § 2254.  In his objections to the court's recommendation that respondent's pending motion to dismiss be granted, petitioner raised additional arguments that he had not raised in his original opposition papers.  ECF No. 22.  The District Judge therefore declined to adopt the recommendation and instead referred the matter to the undersigned to consider the new arguments.  ECF No. 23.  Respondent has not had an opportunity to address the new arguments.

　　Accordingly, it is hereby ORDERED that:

1. Within 21 days from the date of service of this order, respondent shall file a supplemental brief in support of his motion to dismiss that addresses the arguments raised by petitioner in his objections (ECF No. 22); and

/////

/////

1

2. Within 21 days of service of respondent's supplemental brief, petitioner may file a reply to the supplemental brief.

Dated: January 19, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE