UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT, | No.  2:20-cv-02044-KJM-EFB P |
| Petitioner, | |
| v. | ORDER |
| KEN CLARK, | |
| Respondent. | |

  Petitioner is a state prisoner without counsel pursuing a petition for writ of habeas corpus under 28 U.S.C. § 2254.  In his objections to the court's recommendation that respondent's pending motion to dismiss be granted, plaintiff raised additional arguments that he had not raised in his original opposition papers.  *See* ECF No. 16.  The District Judge therefore declined to adopt the recommendation and instead referred the matter to the undersigned to consider the new arguments.  ECF No. 23.  The court directed respondent to file a supplemental brief addressing those arguments, which was timely filed on February 9, 2022.  ECF Nos. 26, 27.

  On February 14, 2022, petitioner filed a motion for default judgment, arguing that respondent had failed to comply with the court's order for a supplemental brief.  ECF No. 29.  Because respondent had complied with the order, the undersigned issued findings and recommendations recommending that the motion for default judgment be denied.  ECF No. 30.  The court further recommended, again, that respondent's motion to dismiss for lack of jurisdiction be granted.  *Id.*

Petitioner then filed a motion seeking the court's assistance, stating that he had never been provided with respondent's supplemental brief. ECF No. 31. Because it appears that petitioner may not have been provided with the supplemental brief and therefore did not have an opportunity to respond to it, the court will hold the March 10, 2022 findings and recommendations (ECF No. 30) in abeyance and allow petitioner such an opportunity.

Accordingly, it is hereby ORDERED that:

1. The March 10, 2022 findings and recommendations are held in abeyance for 21 days from the date this order is served on petitioner;

2. Petitioner shall have 21 days from the date of service of this order to file a reply to respondent's February 9, 2022 supplemental brief;

3. The Clerk of Court is directed to mail a copy of the February 9, 2022 supplemental brief (ECF No. 27) to petitioner along with this order; and

4. Should petitioner fail to timely file a reply within the time provided, the March 10, 2022 findings and recommendations shall be submitted to the District Judge.

Dated: April 8, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE