UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>              Petitioner,<br><br>     v.<br><br>KEN CLARK,<br><br>              Respondent. | No.  2:20-cv-2044-KJM-EFB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2022, and June 30, 2022, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to both sets of findings and recommendations, and the court has considered them.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 10, 2022, and June 30, 2022, are adopted in full;

2. Petitioner's motion for default judgment (ECF No. 29) is denied;

3. Respondent's motion to dismiss (ECF No. 11) is granted without prejudice to any separate action petitioner might file pursuant to 42 U.S.C. § 1983;

4. The court declines to issue a certificate of appealability; and

5. The clerk of court is directed to close this case.

DATED: October 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE